# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 27, 2025

FILED BY JG D.C.
Jun 27, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 25-11655-B
Case Style: USA v. Scott Huss
District Court Docket No: 1:25-cr-20087-KMM-1

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate

In the
# United States Court of Appeals
For the Eleventh Circuit

---

No. 25-11655

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

SCOTT LEE HUSS,
a.k.a. jryako,

Defendant-Appellant.

---

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:25-cr-20087-KMM-1

---

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: May 29, 2025

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: June 27, 2025

[DO NOT PUBLISH]

In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 25-11655

Non-Argument Calendar

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

SCOTT LEE HUSS,
a.k.a. jryako,

Defendant-Appellant.

---

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:25-cr-20087-KMM-1

---

Before JILL PRYOR, LUCK, and KIDD, Circuit Judges.

PER CURIAM:

Scott Lee Huss was recently indicted, arrested, and detained pending trial. Proceeding *pro se*, Huss filed a notice of appeal that we liberally construe as challenging his February 27, 2025, indictment; the district judge's April 25, 2025, paperless order denying his *pro se* motion to dismiss the indictment and for release; and the magistrate judge's April 28, 2025, order granting the government's motion for pretrial detention. *See* Fed. R. App. P. 3(c)(1)(B), (c)(7) (requiring that a notice of appeal designate the appealed order or judgment but providing that failure to do so is not fatal to the appeal); *Rinaldo v. Corbett*, 256 F.3d 1276, 1278 80 (11th Cir. 2001) (explaining that we liberally construe the requirements of Rule 3); *Carmichael v. United States*, 966 F.3d 1250, 1258 (11th Cir. 2020) (explaining that we liberally construe *pro se* filings).

Neither the indictment nor either of those orders is a final or otherwise appealable decision. First, to the extent Huss seeks review of the indictment itself, it is not a decision by the district court, much less a final decision. *See* 28 U.S.C. § 1291 (providing that the courts of appeals have jurisdiction over "appeals from all final decisions of the district courts"); *United States v. Gulledge*, 739 F.2d 582, 584 (11th Cir. 1984) (explaining that the final judgment rule applies in criminal cases).

Second, the April 25, 2025, paperless order denying the *pro se* motion is not final because it left charges against Huss pending,

and it is not appealable as a collateral order because it is not collateral to the merits of the case. *See* 28 U.S.C. § 1291; *Flanagan v. United States*, 465 U.S. 259, 263-65 (1984) (explaining that appellate review is generally prohibited in a criminal case until the defendant has been convicted and sentenced); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 546 (1949) (defining the "small class" of decisions that are immediately appealable under the collateral order doctrine). Additionally, Huss's motion did not contain a cognizable legal argument, much less a cognizable argument for a right that would be irretrievably lost if our review were postponed; it instead appears to have sought dismissal on the grounds of equitable subrogation, suretyship, and the doctrine of trust merger. *See Flanagan*, 465 U.S. at 266 (explaining that orders denying certain motions to dismiss indictments can be appealable under the collateral order doctrine); *United States v. Bobo*, 419 F.3d 1264, 1267 (11th Cir. 2005) (explaining, however, that "frivolous claims . . . do not afford appellate courts jurisdiction to review interlocutory orders").

Third, the April 28, 2025, order granting the government's motion for pretrial detention is not appealable because it was entered by a magistrate judge and has not been rendered final by a district judge. *See United States v. Renfro*, 620 F.2d 497, 500 (5th Cir. 1980) ("The law is settled that appellate courts are without jurisdiction to hear appeals directly from federal magistrates."); *United States v. Schultz*, 565 F.3d 1353, 1359 (11th Cir. 2009) (explaining that we are bound to follow *Renfro* under our prior panel precedent rule); *see also* 28 U.S.C. § 3145(b)-(c) (providing for appeal of a

detention order from a magistrate judge to the district court and, separately, for appeal to us under 28 U.S.C. § 1291).

Accordingly, this appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. 40-3 and all other applicable rules.

**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 29, 2025

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 25-11655-B
Case Style: USA v. Scott Huss
District Court Docket No: 1:25-cr-20087-KMM-1

Opinion Issued
Enclosed is a copy of the Court's decision issued today in this case. Judgment has been entered today pursuant to FRAP 36. The Court's mandate will issue at a later date pursuant to FRAP 41(b).

Petitions for Rehearing
The time for filing a petition for panel rehearing or rehearing en banc is governed by 11th Cir. R. 40-2. Please see FRAP 40 and the accompanying circuit rules for information concerning petitions for rehearing. Among other things, **a petition for rehearing must include a Certificate of Interested Persons**. See 11th Cir. R. 40-3.

Costs
No costs are taxed.

Bill of Costs
If costs are taxed, please use the most recent version of the Bill of Costs form available on the Court's website at www.ca11.uscourts.gov. For more information regarding costs, see FRAP 39 and 11th Cir. R. 39-1.

Attorney's Fees
The time to file and required documentation for an application for attorney's fees and any objection to the application are governed by 11th Cir. R. 39-2 and 39-3.

Appointed Counsel
Counsel appointed under the Criminal Justice Act (CJA) must submit a voucher claiming compensation via the eVoucher system no later than 45 days after issuance of the mandate or the filing of a petition for writ of certiorari. Please contact the CJA Team at (404) 335-6167 or cja_evoucher@ca11.uscourts.gov for questions regarding CJA vouchers or the eVoucher system.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |